# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 15, 2021

## NO. 03-21-00103-CR

**Jordan Devon Taylor, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 264TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICE GOODWIN, TRIANA, AND KELLY
### DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.